# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVONTAE HICKMAN, A/K/A
DAVONTRE HICKMAN,
     Appellant,
    vs.
THE STATE OF NEVADA,
     Respondent.

No. 70838

**FILED**

OCT 06 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

On July 13, 2016, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. To the extent appellant appeals from the judgment of conviction entered November 13, 2014, and the amended judgment of conviction entered February 4, 2015, the notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

   ORDER this appeal DISMISSED.

            _____, J.
            Cherry

_____, J.    _____, J.
Douglas          Gibbons

SUPREME COURT
OF
NEVADA

(O) 1947A

16-31115

cc:   Hon. Eric Johnson, District Judge
Davontae Hickman
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A